

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 24, 2025

<u>**VIA EMAIL**</u>

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   **Re:**   *United States v. Hanna Vargas and Aaron Wright*, **25 Cr. 443 (VB)**

Dear Judge Krause:

   The Government respectfully requests that, following the anticipated presentment of defendant Aaron Wright on November 25, 2025, the indictment in the above-captioned case be unsealed.

   As Background, on October 29, 2025, co-defendant Hanna Vargas was presented before the Honorable Victoria Reznik, United States Magistrate Judge, and had an initial appearance before the Honorable Vincent L. Briccetti, United States District Judge. Judge Briccetti granted the Government's request to temporarily seal the indictment at that time. On November 18, 2025, Judge Briccetti granted the Government's request to maintain the indictment under seal until December 9, 2025. In its application, the Government explained that if Wright were arrested prior to December 9, 2025, the Government would move to unseal the indictment at that time.

             Respectfully submitted,

             JAY CLAYTON
             United States Attorney

APPLICATION GRANTED.

SO ORDERED.

By: _____

             Shaun Werbelow
Dated: 11/25/2025        Assistant United States Attorney
             Tel: (914) 993-1962

*Andrew Krause*

U.S. Magistrate Judge