UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :     7:25-CR-00443-RA-1

    -against-                        :     ORDER
                                     :

Hanna Vargas
                                     :
Defendant
                                     :
-------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition: mental health evaluation and treatment as directed by Pretrial Services.


Dated: New York, New York
May __15__, 2026


                              SO ORDERED:

                              _____
                              Ronnie Abrams
                              United States District Judge