# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 17, 2026

VIA EMAIL AND ECF

The Honorable Ronnie Abrams
United States District Court Judge
The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 17, 2026

Re:    *United States v. Hanna Vargas*, 25-cr-443 (RA)

Dear Honorable Judges Abrams and Netburn:

I am writing to request permission for Ms. Vargas to travel to Sing Sing Correctional facility to take her son to see his father who is incarcerated at that facility this Sunday, June 21, 2026.

My office has represented Ms. Vargas since her arrest in late 2025. She has been on release since her arrest and has had no issues while on supervision. Ms. Vargas was accepted into YAOP on April 7, 2026. I have contacted Pre-Trial Services through her supervising officer, Dominique Jackson, who takes no position on this request as long as it is approved by the Court. I have also contacted the government through assigned Assistant United States Attorney Shaun Werbelow, who also does not object to this request.

Therefore, Ms. Vargas respectfully requests permission to travel to Sing Sing Correctional facility on Sunday, June 21, 2026 to facilitate a visit between her son and his father.

Sincerely,

Elizabeth K. Quinn
Counsel for Hanna Vargas

cc:    Shawn Werbelow, AUSA
       Dominique Jackson, PTS