**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 24, 2026

VIA EMAIL AND ECF

The Honorable Ronnie Abrams
United States District Court Judge
The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 27, 2026

Re: *United States v. Hanna Vargas*, 25-cr-443 (RA)

Dear Honorable Judges Abrams and Netburn:

I am writing to request permission for Ms. Vargas to travel to Orlando, Florida from July 29, 2026 to August 3, 2026.

My office has represented Ms. Vargas since her arrest in late 2025. She has been on release since her arrest and has had no issues while on supervision. Ms. Vargas was accepted into YAOP on April 7, 2026. I have contacted Pre-Trial Services through her supervising officer, Dominique Jackson, who takes no position on this request as long as it is approved by the Court. I have also contacted the government through assigned Assistant United States Attorney Shaun Werbelow, who also does not object to this request provided she give her travel plans in advance to Pre-trial Services.

Therefore, Ms. Vargas respectfully requests permission to travel to Orlando, Florida from July 29, 2026, to August 3, 2026, and will provide her travel information to Pre-Trial Services if approved.

Sincerely,

Elizabeth K. Quinn
Counsel for Hanna Vargas

cc: Shawn Werbelow, AUSA
Dominique Jackson, PTS